IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

STANLEY KING,

   Petitioner,

v.           CIVIL ACTION NO.: CV211-062

WILLIAM DANSFORTH, Warden,
and ATTORNEY GENERAL OF
THE STATE OF GEORGIA,

   Respondents.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Stanley King ("King") asserts that the requirement that he exhaust his state court remedies prior to filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 should be waived. According to King, the State of Georgia "unreasonably and without explanation failed to address [his] writ of habeas corpus since September 2009. The failure has caused [him] irreparable injury and loss of liberty and fundamental legal rights." (Doc. No. 24, p. 3). King contends that the state remedies were ineffective to protect his rights.

Contrary to King's contentions, the state habeas corpus court entered a ruling on his state petition on July 13, 2011, and he had until August 13, 2011, to file an appeal of this ruling with the Georgia Supreme Court. King filed his § 2254 petition with this Court

on April 15, 2011, which clearly was before the state habeas court rendered its determination on King's state habeas corpus petition. King did not exhaust his state remedies prior to filing his section 2254 petition. In addition, King has not shown that "there is an absence of available State corrective process," or that "circumstances exist that render such process ineffective to protect the rights of the applicant[,]" such that this Court will excuse his exhaustion requirement.

King's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondents' Motion to Dismiss is **GRANTED**. King's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**, without prejudice, due to King's failure to exhaust his state remedies. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 29 day of November, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)